UNITED STATES of America,
Plaintiff–Appellee

v.

Heriberto MORALES, also known as
Gilberto Moralez, also known as
Gibby, Defendant–Appellant.

No. 14–10557
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 7, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, Denise Bridges Williams, Assistant U.S. Attorney, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Heriberto Morales, Tucson, AZ, pro se.

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM: *

Citing 18 U.S.C. § 3742, Heriberto Morales, federal prisoner # 28118180, appeals the 327–month sentence imposed following his 2002 guilty plea conviction for conspiracy to distribute and possess with intent to distribute more than 500 grams of methamphetamine. Over ten years ago, this court dismissed Morales's original direct appeal as frivolous. *United States v. Morales,* 64 Fed.Appx. 417 (5th Cir.2003). Accordingly, we DENY his motion for leave

to proceed in forma pauperis and DISMISS his current appeal as frivolous. Morales is WARNED that future frivolous or repetitive filings will subject him to sanctions, including dismissal, monetary sanctions, and restrictions on his ability to file pleadings in this court or any court subject to this court's jurisdiction.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be